UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                              :
In re:                                                       :   Case No.  11-12542 (ALG)
                                                              :
Rodney N. Headley and,
Joycelyn Headley                                    :   Chapter 13
                                                              :
                              Debtor(s)            :
_____:

# ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  Wells Fargo Bank N.A.

**Property Address**:  470 East-141 Street, Bronx NY 10454

**Last Four Digits of Account Number of Loan**: 5418

**File Date of Loss Mitigation request**: 6/7/2012

**Date of Entry of Loss Mitigation Order**: 7/16/2012

**Date of Entry of Order Approving Settlement (*if any*)**: 10/18/2013

**Other Requests for Loss Mitigation in this Case**: ____ Yes        _X_ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| **X** | **Loan modification** | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: | | _____ |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.


Dated: June 16, 2014                        /s/ Allan L. Gropper
       New York, NY                         U.S. Bankruptcy Judge